1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney

2

3   MARTHA BOERSCH (CABN 126569)
    Chief, Criminal Division

4   ERIC CHENG (CABN 274118)
    AJAY KRISHNAMURTHY (CABN 305533)

5   ALETHEA M. SARGENT (CABN 288222)
    Assistant United States Attorneys

6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       FAX: (510) 637-3724
        eric.cheng@usdoj.gov
9       ajay.krishnamurthy@usdoj.gov
        alethea.sargent@usdoj.gov
10
    Attorneys for United States of America
11
                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                        OAKLAND DIVISION
14

15  UNITED STATES OF AMERICA,            )   CASE NOS.   4:23-cr-00264 JSW-1
                                         )               4:24-cr-00157 JSW
16          Plaintiff,                   )
                                         )   STIPULATION TO CONTINUE STATUS
17      v.                               )   CONFERENCE TO MARCH 26, 2024 FOR
                                         )   CHANGE OF PLEA, AND [PROPOSED] ORDER
18  PATRICK JAMES BERHAN,                )
                                         )   Re: Dkt. No. 131
19          Defendant.                   )
                                         )
20                                       )
    _____ )
21

22          It is hereby stipulated by and between counsel for the United States and the undersigned counsel

23  for Defendant Patrick James Berhan that the March 19, 2024 status conference currently set in Case No.

24  4:23-cr-00264 JSW-1 be continued to March 26, 2024, and that both of the above-captioned matters be

25  set for change of plea on that date.  The parties have reached a proposed resolution and have been

26  informed that March 26, 2024 is the next available date for a change of plea hearing before the Court.

27  //

28  //

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER                                    1
4:23-cr-00264 JSW-1

1   The undersigned Assistant United States Attorney certifies that he has obtained approval from

2   counsel for Defendant to file this stipulation and proposed order.

3   **IT IS SO STIPULATED.**

4   DATED:  March 16, 2024                          Respectfully submitted,

5                                                   ISMAIL J. RAMSEY
                                                    United States Attorney

6

7                                                   _____/s/_____
                                                    ERIC CHENG
8                                                   AJAY KRISHNAMURTHY
                                                    ALETHEA SARGENT
9                                                   Assistant United States Attorneys

10

11                                                  _____/s/_____
                                                    EDWARD ROBINSON
12                                                  NANCY KARDON
                                                    Counsel for Defendant PATRICK JAMES
13                                                  BERHAN

14

15                          ~~[PROPOSED]~~ ORDER

16   Good cause appearing, and with consent of the parties, the March 19, 2024 status conference in

17   Case No. 4:23-cr-00264 JSW-1 is continued from March 19, 2024 to **March 26, 2024 at 1:00 pm**, and

18   both Case Nos. 4:23-cr-00264 JSW-1 and 4:24-cr-00157 JSW are set for change of plea on that date.

19   **IT IS SO ORDERED.**

20

21   DATED:  ____March 18, 2024____

22                                                  HON. JEFFREY S. WHITE
                                                    Senior United States District Judge

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND ~~[PROPOSED]~~ ORDER                                    2
4:23-cr-00264 JSW-1